United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY ELLIS, | Case No. C09-02173 JCS |
| Plaintiff(s), | **ORDER TO FILE AMENDED COMPLAINT** |
| v. | |
| CITY OF PITTSBURG, ET AL., | |
| Defendant(s). | |

On August 28, 2009, Plaintiff advised the Court that he may not have been served a copy of the Court's June 9, 2009 Order, which is attached as Exhibit A.

IT IS HEREBY ORDERED that the Plaintiff shall have thirty (30) days from the date of this Order to file his amended complaint. Plaintiff also filed a Declination to Proceed before the Magistrate Judge. On May 21, 2009, Plaintiff previously filed a Consent to the Jurisdiction of the Magistrate Judge which cannot be withdrawn without proper showing and this matter shall proceed before Judge Spero.

IT IS SO ORDERED.

Dated: August 31, 2009

JOSEPH C. SPERO
United States Magistrate Judge